**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-2466**

THOMAS W. HOWES,

    Plaintiff - Appellant,

  v.

NEW YORK LIFE INSURANCE COMPANY,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:18-cv-00431-GJH)

Submitted:  April 25, 2019          Decided:  April 29, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thomas W. Howes, Appellant Pro Se.  Brandon J. Brigham, Philadelphia, Pennsylvania, Kaiser H. Chowdhry, MORGAN LEWIS & BOCKIUS, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas W. Howes appeals the district court's order granting New York Life Insurance Company's motion to dismiss his petition to vacate an arbitration award. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Howes v. New York Life Ins. Co.*, No. 8:18-cv-00431-GJH (D. Md. Nov. 20, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*